IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

JESSICA HEIDE-HOLWELL,

    Plaintiff,

vs.

    Case No. 4:16-cv-00053-CDP

DELTA OUTSOURCE GROUP, INC.,

    Defendant

                                                    /

## **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

All matters and things in dispute having been adjusted and settled between the Plaintiff, JESSICA HEIDE-HOLWELL, and the Defendant, DELTA OUTSOURCE GROUP, INC., it is STIPULATED AND AGREED by the parties hereto relating to the claims between Plaintiff, JESSICA HEIDE-HOLWELL and Defendant, DELTA OUTSOURCE GROUP, INC., asserted in this litigation, including claims for attorney's fees and costs, that the claims be dismissed with prejudice, with each party bearing their own fees and costs.

Dated this 8th day of May, 2017.

| | |
|---|---|
| */s/ Ashley A. Diaz* | */s/ David P. Mitchell* |
| Ashley A. Diaz | David P. Mitchell |
| #67335MO | Admitted *Pro Hac Vice* |
| Adam D. Hirtz | Maney & Gordon, P.A. |
| #48448MO | 101 E. Kennedy Blvd. |
| Lowenbaum Law | Suite 3170 |
| 222 South Central Ave, Ste 900 | Tampa, Florida  33602 |
| Clayton, Missouri 63105 | Tele: (813) 221-1366 |
| Tele: (314) 863-0092 | Fax: (813) 888-6708 |
| Fax: (314) 746-4848 | david@mitchellconsumerlaw.com |
| adiaz@lowenbaumlaw.com | karin@mitchellconsumerlaw.com |
| ahirtz@lowenbaumlaw.com | Counsel for Plaintiff |
| Counsel for Defendant | JESSICA HEIDE-HOLWELL |
| DELTA OUTSOURCE GROUP, INC. | |

        Erich Vieth MO29850
        John E. Campbell, MO59318
        Alicia Campbell MO59586
        CAMPBELL LAW, LLC
        20 South Sarah Street
        St. Louis, MO 63108
        Office: 314.588.8101
        Fax: 314.588.9188
        erich@campbelllawllc.com
        Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of May, 2017, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send a notice of electronic filings via the Court's ECF system to all CM/ECF participants.

        */s/David P. Mitchell*
        DAVID P. MITCHELL, Esq.
        Admitted *Pro Hac Vice*